UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANUEL FLORES GUADARRAMA, | CASE NO. 2:26-cv-01330 |
| Petitioner, | ORDER |
| v. | |
| BRUCE SCOTT et al., | |
| Respondents. | |

Petitioner Manuel Flores Guadarrama has moved for an emergency temporary restraining order. Dkt. No. 2. Guadarrama is a citizen of Mexico detained at the Northwest ICE Processing Center in Tacoma, Washington. On March 5, 2026, an Immigration Judge ordered Guadarrama removed to Mexico but granted him withholding of removal and deferral of removal under the Convention Against Torture. On April 17, 2026, the Government notified Guadarrama that it intends to remove him to El Salvador as a third country. Guadarrama asserted fear of removal to El Salvador, and he has been referred for a third-country fear screening under the Immigration and Customs Enforcement's third country removal guidance. Dkt. No. 3 at 10.

ORDER - 1

The risk of Guadarrama's imminent removal threatens to moot his pending habeas petition before the Court can act. The Court therefore invokes its authority to grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

Accordingly, the Court orders as follows:

1. Petitioner's motion for a temporary restraining order, Dkt. No. 2, is GRANTED for the purpose of maintaining the status quo so that the assigned judge may review the merits of the TRO motion after full briefing. The Court reserves ruling on all other aspects of the motion.

2. Respondents are PROHIBITED from removing Petitioner to any country or from the Northwest ICE Processing Center to any other detention facility during the pendency of these proceedings, without further order, unless necessary for medical evaluation, medical treatment, or release. This order may be modified or dissolved by the assigned judge upon consideration of the TRO motion on the merits.

3. Respondents must file a response, if any, to Petitioner's TRO motion by 5:00 p.m. (PT) on April 21, 2026. No reply is permitted.

Dated this 18th day of April, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2