UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANUEL FLORES GUADARRAMA, | CASE NO. 2:26-cv-01330-LK |
| Petitioner, | ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| BRUCE SCOTT et al., | |
| Respondents. | |

This matter comes before the Court on Petitioner Manuel Flores Guadarrama's Motion for Emergency Temporary Restraining Order ("TRO"). Dkt. No. 2.

On April 18, 2026, Judge Whitehead provisionally granted the motion for a TRO and ordered Respondents to file a response to the motion for a TRO by 5:00 p.m. on April 21, 2026. Dkt. No. 5 at 2. After that order issued, the matter was assigned to the undersigned judge, and the Clerk issued a Scheduling Order that directs Respondents to show cause why the writ of habeas corpus should not be granted, sets forth a briefing schedule, and requires Respondents to provide Flores Guadarrama and his counsel notice prior to any action to move or transfer him from the Western District of Washington or to remove him from the United States. Dkt. No. 6. In light of

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 1

that scheduling order, the Court finds moot the TRO's requests for advance written notice prior to any attempted removal and for an order preventing removal to El Salvador prior to resolution of the habeas petition. Dkt. No. 2 at 5.

Flores Guadarrama also requests that the Court "[o]rder that no removal occur unless and until all third-country protection procedures—including any Immigration Judge review—are fully completed[.]" *Id.* at 4–5. Because this request "is the same relief ultimately sought by his habeas petition, the Court concludes that it falls outside the limited purpose of a TRO and should instead be decided either after a preliminary injunction hearing or through regular adjudication of the habeas petition itself." *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2165995, at *7 (W.D. Wash. July 30, 2025); *see also Tang v. Bondi*, No. 2:25-CV-01473-RAJ- TLF, 2025 WL 2979938, at *2 (W.D. Wash. Sept. 3, 2025).

Accordingly, the Court DENIES the motion for a TRO, Dkt. No. 2, and VACATES Respondents' April 21, 2026 deadline.

The parties are required to comply with the requirements and deadlines in the Scheduling Order, Dkt. No. 6.

Dated this 18th day of April, 2026.

Lauren King
United States District Judge

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 2